Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**SOUTHERN DISTRICT OF MISSISSIPPI**
**F I L E D**

MAY 25 2021

ARTHUR JOHNSTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Southern Division

)
)
)
*JoEl  b. AtHiA*
)
)
*Plaintiff(s)*
)
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*
)
-v-
)
*I/sE*
)
*Is/E oF CApRI ET.Al.*
)
)
*Defendant(s)*
)
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*
)

Case No. **1:21CV177 TBM-RPM**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | *JoEl  b. AttiA* |
| Street Address | *2060 WAltHER St,* |
| City and County | *GRANd bAy / MobilE* |
| State and Zip Code | *AlAbAmA / 36541* |
| Telephone Number | *912-661-4891* |
| E-mail Address | |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — *Ise of CAPRI*

Job or Title *(if known)* — *CASINO & RESORT*

Street Address — *100 WEST LAKE AVE*

City and County — *BILOXI / HARRISON*

State and Zip Code — *MISSISSIPPI / 36530*

Telephone Number — *1-800-THE ISLE*

E-mail Address *(if known)*

Defendant No. 2

Name — *HARRA'S CASINO*

Job or Title *(if known)* — *CASINO & RESORT*

Street Address — *246 BEACH BLV.*

City and County — *BILOXI / HARRISON*

State and Zip Code — *MISSISSIPPI / 39530*

Telephone Number — *1-800-946-2946*

E-mail Address *(if known)*

Defendant No. 3

Name — *TREASURE BAY*

Job or Title *(if known)* — *CASINO & RESORT*

Street Address — *1980 BEACH BLV,*

City and County — *BILOXI / JACKSON Co,*

State and Zip Code — *MISSISSIPPI / 39531*

Telephone Number — *228-385-6082*

E-mail Address *(if known)*

Defendant No. 4

Name — *Boomtown CASINO*

Job or Title *(if known)* — *CASINO & RESORT*

Street Address — *676 BAY VIEW AVE,*

City and County — *BILOXI / HARRISON*

State and Zip Code — *MISSISSIPPI / 39530*

Telephone Number — *228-435-7000*

E-mail Address *(if known)*

5. BEAU RIVAGE
   CASINO & RESORT
   875 BEACH Blv.
   BILOXI / HARRISON Co.
   MISSISSIPPI 39530
   228-386-2111

6. hARdRock CASINO
   CASINO & RESORT
   777 BEACh Blv.
   BILOXI / HARRISON Co.
   MISSISSIPPI / 39530
   228-974-7625

7. SCARIEtte PEARL
   CASINO & RESORT
   9380 CENtRAl AVE.
   D'IbERVILLE / HARRISON
   MISSISSIPPI / 39540
   (888) 752-9772

9. STEVE HAVARD
?
3901 REGENT AV.
Moss point / JACKSON Co.
MISSISSIPPI 39563
UNKnown

90. TOMMY DUTTON OR STRINGFELLOW
?
3901 REGENT AV.
Moss point / JACKSON Co.
MISSISSIPPI 39563
UNKnown

10. DELELIAH SAYER OR SAYRE
SSI
3901 REGENT AV.
Moss point / JACKSON Co.
MISSISSIPPI 39563

11. DARLENE ELMERS OR MCLAMORE
@ SSI
3901 REGENT AV.
Moss point / JACKSON Co.
MISSISSIPPI 39563
UNKnown

8.12. DAVID JACKSON
3901 REGENT AV.
MOSS POINT / JACKSON Co.
MISSISSIPPI / 39563
UNKNOWN

13 8. RANDY NEIL
RET.
3901 REGENT AV.
MOSS POINT / JACKSON Co.
MISSISSIPPI / 39563
UNKNOWN

14.0 PAUL REALLY
SSI
3901 REGENT AV.
MOSS POINT / JACKSON Co.
MISSISSIPPI / 39563
UNKNOWN

15.8. JERRY MINCHEW
SSI
3901 REGENT AV.
MOSS POINT / JACKSON Co.
MISSISSIPPI / 39563
UNKNOWN

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

20 TRILLION

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* JOEY AHIA , is a citizen of the State of *(name)* ALABAMA .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

        and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

    b.      If the defendant is a corporation

            The defendant, *(name)* _ILSE OF CAPRI_ , is incorporated under

            the laws of the State of *(name)* _MISSISSIPPI_ , and has its

            principal place of business in the State of *(name)* _~~MISS~~ BILOXI_

            Or is incorporated under the laws of *(foreign nation)* _MISSISSIPPI,_

            and has its principal place of business in *(name)* _P MISS, BILOXI_ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the
    same information for each additional defendant.)*

3.      The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
        stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        _20 TRILLION_

## III.    Statement of Claim

    Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the
    facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was
    involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
    the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and
    write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

    SEE Attached papers
        Facts OF CASE P.1 - P.2

## IV.     Relief

    State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
    arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
    the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
    punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
    punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case



PAIN & SUFFERING TERRORIZATION

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5/20/21

Signature of Plaintiff

Printed Name of Plaintiff    JOEL B. AHIA

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

# Elements of The Case

P. 1

<u>What happen In this suit</u>
The List of People that are
Following me And Terrorising
me In All The Casino's, As
the Security & the CEO let
them use Nvidia's Equipment
That Is Useing Extreme low
Frequency Through the lights
or Electricle Service Construes
Liability For the Said
Casino that Allow this to
go on. It Is a shame when
non police, Just Regular
Civilians can keep Servelence
on a Hebrew man as they
Are, And not only Terrorizing
but Using It as a Hate
Crime, Randy Neil Is At
3901 Running survelence on
me, only two houses away
As Davi Re'Ally drives, And
Steve Havard, operates A.I.
Computer, Jerry Minchew operates
w/ear phones Computer tracking
GPS, Delilah Sayre operates
Artificial Intelligence haptop

P. 2

WITH CAPABILITIES OF locking on to ANY ELECTRICAl bulb IN A house OR STORE AS long AS you ARE INSIDE CASINO'S she CAN talk, shock, And wATch AS WELL AS listen through how FREQUENCY In Light bulbs, Tommy dutton does the SAME In CompuTERS. ExtREME how FREQUENCY = how FREQUENCY RESONATES, through the body shaking ITs ORGANS CAUSING stomuch problems, It dIRECtly EFFECts the NERVOUS system, CAUSING disconnection, It Confuses the BRAIN to not be Able to tAste, SMELL, SEE, FEEl, And All of the FIVE SENSES. NvIdEA hAS patented A WEAPON bEING USEd on Innocent people this Is TERRORISM bECAUSE the CASINO'S let these people IA

P. 3

The Computer, or Super Computer the size of a credit card that runs Nvidia's Robots was said by Nvidia's CEO to work In humans to make them work Close, to a Robot As shocking IF not Compling, by Extreme Low Frequency And Also uses a transparent small microphone, And David Jackson and Randy Neil ect. put this water proof TX-1 Jenson credit card inside my body, on the Left side, under my ribs. It has been There Seven And half years hurting, burning, shocking me night And day. It has been Inside me too long to Take out Dr's say.

5-19/21