IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOEL B. ATTIA** | § | **PLAINTIFF** |
| | § | |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:21-cv-177-HSO-RPM** |
| | § | |
| | § | |
| | § | |
| **ISLE OF CAPRI CASINO AND** | § | |
| **RESORT, et al.** | § | **DEFENDANTS** |

**<u>FINAL JUDGMENT OF DISMISSAL</u>**

BEFORE THE COURT is the Report and Recommendation [5] of United States Magistrate Judge Robert P. Myers, which recommends dismissing Plaintiff Joel B. Attia's Complaint [1] as frivolous.  For the reasons given in the Order adopting the Magistrate Judge's Report and Recommendation [5] and dismissing Plaintiff's Complaint [1], the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58.

**IT IS, THEREFORE ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITH PREJUDICE** as frivolous.

**SO ORDERED AND ADJUDGED**, this the 4th day of April, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE